IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PATRICK WEBSTER,

Plaintiff,

v.

USA,

Defendant.

Case No. 17-cv-776 JPG/DGW

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: January 7, 2019**           **MARGARET M. ROBERTIE, Clerk of Court**

                                           *s/Tina Gray*
                                           **Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**